| | | |
|---|---|---|
| People v Smith (Christopher) | 2d Dept: 146 AD3d 904 (Westchester) | denied 6/8/17 (Wilson, J.) |
| People v Smith (Todd) | County Ct, 3/23/17 (Monroe) | denied 6/15/17 (DiFiore, Ch. J.) |
| People v Smith (Wendell) | 4th Dept: 147 AD3d 1527 (Monroe) | denied 6/22/17 (Wilson, J.) |
| People v Sprauve | 2d Dept: 148 AD3d 1060 (Queens) | denied 6/28/17 (Rivera, J.) |
| People v Stafford | App Term, 1st Dept: 55 Misc 3d 129(A) (Bronx) | denied 6/13/17 (Fahey, J.) |
| People v Stokes | 1st Dept: 149 AD3d 510 (NY) | denied 6/26/17 (Stein, J.) |
| People v Strauss | 4th Dept: 147 AD3d 1426 (Oneida) | denied 6/8/17 (Wilson, J.) |
| People v Suazo | 1st Dept: 146 AD3d 423 (Bronx) | granted 6/15/17 (DiFiore, Ch. J.) |
| People v Switts (Richard) | 4th Dept: 148 AD3d 1610 (Oswego) | denied 6/5/17 (Stein, J.) (Appeal No. 1) |
| People v Switts (Richard) | 4th Dept: 148 AD3d 1612 (Oswego) | denied 6/5/17 (Stein, J.) (Appeal No. 2) |
| People v Sydoriak | 2d Dept: 147 AD3d 791 (Queens) | denied 6/9/17 (Wilson, J.) |
| People v Syville | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 55 Misc 3d 137(A) (Queens) | denied 6/19/17 (DiFiore, Ch. J.) |
| People v Terranova | 2d Dept: 147 AD3d 1086 (Queens) | denied 6/9/17 (Wilson, J.) |
| People v Terrell | 2d Dept: 149 AD3d 1108 (Suffolk) | denied 6/27/17 (Fahey, J.) |
| People v Thompson | 2d Dept: 147 AD3d 1088 (Kings) | denied 6/6/17 (Rivera, J.) |
| People v Tiedeken | 2d Dept: 144 AD3d 846 (Orange) | denied 6/6/17 (Rivera, J.) |
| People v Torres (Jimmy) | 1st Dept: 148 AD3d 490 (NY) | denied 6/8/17 (Stein, J.) |
| People v Torres (Joel) | 3d Dept: 146 AD3d 1086 (Montgomery) | denied 6/13/17 (Wilson, J.) |
| People v Torres (Noel) | 1st Dept: 149 AD3d 543 (NY) | denied 6/14/17 (Rivera, J.) |
| People v Troy | 2d Dept: 146 AD3d 995 (Nassau) | denied 6/6/17 (Rivera, J.) |
| People v Tucker | 3d Dept: 149 AD3d 1261 (Schenectady) | denied 6/27/17 (Fahey, J.) |
| People v Tullock | 2d Dept: 148 AD3d 1061 (Kings) | denied 6/14/17 (Fahey, J.) |
| People v Tumolo | 4th Dept: 149 AD3d 1544 (Oswego) | denied 6/16/17 (Stein, J.) |
| People v Tyrone R. | App Div, 1st Dept: 2017 NY Slip Op 67789(U) (NY) | denied 6/26/17 (Wilson, J.) |